# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br>   Plaintiff,<br>  v.<br>JEFFERSON B. SESSIONS, et al.,<br>   Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER RE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br>Re: Dkt. No. 7 |

The defendants are ordered to file a response to the request for a temporary restraining order by no later than noon on Tuesday, June 27, 2017. If the Court requires oral argument, a hearing will be scheduled for 10 am on Thursday, June 29, 2017.

**IT IS SO ORDERED.**

Dated: June 23, 2017

_____
VINCE CHHABRIA
United States District Judge