CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
VINITA B. ANDRAPALLIYAL
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962
E-mail: Sarah.B.Fabian@usdoj.gov

*Counsel for Respondents*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ilsa A.H., as next friend for A.H., a minor, and on her own behalf, <br><br> Petitioner/Plaintiff, <br><br> vs. <br><br> Jefferson B. Sessions III, U.S. Attorney General, et al., <br><br> Respondents/Defendants. | Case No.: 3:17-cv-03615 <br><br><br><br><br> Declaration Daniel Loechner |

**DECLARATION OF DANIEL LOECHNER**

I, Daniel Loechner, hereby make the following declaration with respect to the above-captioned matter:

1. I am the Group Supervisor for Analytics for the Special Agent in Charge, New York City, within the Office of Homeland Security Investigations (HSI), U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS). I have been an analyst for over fifteen years, encompassing time on active duty in the military as well as time serving as a civilian in the Department of Defense and DHS. In my current position, one of my duties is developing leads on the MS-13 gang on Long Island, New York. This multi-source data is developed to aid law enforcement operations designed to counter the MS-13 gang problem on Long Island, New York.

2. As part of my duties as an HSI analyst, I received information from local law enforcement agencies concerning admitted MS-13 gang members on Long Island. One of the individuals identified was A.H. According to records provided by local law enforcement, in May 2016, A.H. was arrested by the Amityville, NY Police Department for menacing and possession of a weapon. The incident occurred on high school property where A.H. allegedly threatened a student with a knife. When A.H. was booked into custody, the police found a knife on his person.

3. According to records provided by local law enforcement, in March 2017, A.H. was arrested by the local police for possession of marijuana. A.H. was arrested with two other individuals, who both admitted to being members of the MS-13 gang. During the booking process, A.H. admitted that he was a member of MS-13. When arrested, A.H. was wearing gang colors and beads associated with gang membership.

4. Based on the fact that A.H. had previously admitted to local law enforcement to being a member of MS-13, coupled with the fact that records show he was arrested with known gang members, wore gang colors, wore beads indicative of gang membership, and had been arrested for a crime involving a weapon, we concurred with local law enforcement that he was a member of MS-13 and concluded that A.H. was a danger to the community based on his reported gang ties and arrest history.

5. ICE subsequently verified that A.H. was a removable alien. On June 12, 2017, an immigration arrest warrant was issued for A.H. A redacted copy of the warrant of arrest is attached hereto. The warrant was based on probable cause that ongoing removal proceedings were pending. HSI executed the warrant and arrested A.H. on June 12, 2017. ICE's field office juvenile coordinator arranged for transfer of custody to U.S. Health and Human Services ("HHS"). A.H. was then turned over to HHS on June 13, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27 day of June 2017.

_____
Daniel Loechner
Group Supervisor
Office of Homeland Security Investigations
U.S. Immigration and Customs Enforcement

U.S. DEPARTMENT OF HOMELAND SECURITY        Warrant for Arrest of Alien

File No. ▮▮▮▮▮▮▮▮

Date: 06/12/2017

**To:** Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that ▮H▮▮▮▮▮▮▮▮▮, A▮▮▮ is removable from the United States. This determination is based upon:

- ☐ the execution of a charging document to initiate removal proceedings against the subject;

- ☑ the pendency of ongoing removal proceedings against the subject;

- ☐ the failure to establish admissibility subsequent to deferred inspection;

- ☐ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

- ☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(Signature of Authorized Immigration Officer)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at  Central Islip, New York
                                                                            (Location)

on  ▮H▮▮▮▮▮▮, A▮▮▮▮   on   June 12, 2017  , and the contents of this
      (Name of Alien)              (Date of Service)

notice were read to him or her in the   SPANISH   language.
                                        (Language)

▮▮▮▮▮▮▮▮▮▮
Special Agent
Name and Signature of Officer

▮▮▮▮▮▮▮▮▮▮
Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)