UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>        Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER RE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 7 |

      The defendants are ordered to file a response to the request for a temporary restraining order by no later than noon on Tuesday, June 27, 2017. If the Court requires oral argument, a hearing will be scheduled for 10 am on Thursday, June 29, 2017.

      **IT IS SO ORDERED.**

Dated: June 23, 2017

_____
VINCE CHHABRIA
United States District Judge