UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>    Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER RE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

If the plaintiff wishes to file a reply in support of her application for a temporary restraining order, she must do so by 5 pm tomorrow.

Oral argument is scheduled for 10 am on Thursday, June 29, 2017.

**IT IS SO ORDERED.**

Dated: June 27, 2017

_____
VINCE CHHABRIA
United States District Judge