1

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

2

JULIA HARUMI MASS (SBN 189649)
WILLIAM S. FREEMAN (SBN 82002)

3

39 Drumm Street

4

San Francisco, CA 94111
Telephone: (415) 621-2493

5

Facsimile: (415) 255-8437
Email: jmass@aclunc.org

6

wfreeman@aclunc.org

7

*Attorneys for Petitioner/Plaintiff*

8

9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11

Ilsa Saravia, as next friend for A.H., a minor, and on her own behalf,

Case No.: 3:17-cv-03615-VC

12

Petitioner/Plaintiff,

13

v.

**SUPPLEMENTAL DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**

14

15

Jefferson B. Sessions, Attorney General of the United States; James McHenry, Acting Director of the United States Executive Office for Immigration Review; Thomas E. Price, M.D., Secretary of the Department of Health and Human Services of the United States; Steven Wagner, Acting Assistant Secretary of the Administration for Children and Families; Scott Lloyd, Director of the Office of Refugee Resettlement of the United States; Elicia Smith, Federal Field Specialist of the Office of Refugee Resettlement of the United States; and Brent Cardall, Chief Probation Officer of Yolo County, in their official capacities,

**IMMIGRATION ACTION**

16

17

18

19

20

21

22

23

Respondents/Defendants.

24

25

26

27

28

I, Julia Harumi Mass, declare and state as follows:

1.     I am duly licensed to practice law in the State of California and am an attorney with the American Civil Liberties Union Foundation of Northern California, Inc., counsel of record for Plaintiff Ilsa Saravia. I made this declaration to supplement the declaration I submitted in support of the petition for writ of habeas corpus and application for temporary restraining order on June 23, 2017. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2.     At about 3:00 p.m. on June 20, 2017, I spoke by telephone to Guadalupe Vital from the Yolo County Juvenile Detention at the beginning of a call my office had requested for me to have with A.H. I informed her my office would be having a series of attorney calls with A.H. in the next couple of days related to legal action we were taking on his behalf and that I needed A.H. to be able to take the calls from a private setting. Ms. Vital indicated would be no problem accommodating my requests and that I should email her and Jose Castañeda, Lead Case Manager, to request the calls. After this, she connected me with A.H.

3.     A.H. and I had a legal call for about an hour, but we were unable to complete our discussion. I heard someone speaking to him and he told me he had to end the call based on instruction from Yolo staff. As a result, I was unable to verify all the information I needed to draft his declaration.

4.     At about 11:58 a.m. on June 21, 2017 my office emailed Guadalupe Vital and Jose Castañeda, to arrange two calls with A.H. that afternoon in order to finalize his declaration. At around 12:33 p.m. Jose Castañeda responded that Yolo County Detention Facility is "unable to facilitate these calls on short notice due to facility operations" and that they would attempt to schedule the call for the next day. At around 1:40 p.m. my office responded that we were not made aware of this process in the previous day's conversation with Ms. Vital. We asked that they inform A.H. of our urgent need to speak with him and that they ask him to call us from the housing unit (non private) telephone during his recreation time that day. We also formally requested an attorney call for 10:00 a.m. the next day.

2

DECLARATION OF JULIA HARUMI MASS ISO PETITION FOR WRIT OF HABEAS CORPUS
Case No. 3:17-cv-03615-VC

5.      At about 4:06 p.m. on June 21, 2017, I emailed Jose Castañeda reiterating our urgent need to speak with A.H. since we had not received a response to our last email nor a call from A.H. At around 4:43 p.m. Jose Castañeda responded that they would be facilitating the call with A.H. in a few minutes and that our request for a 10:00 a.m. call the next day was unavailable. Instead, Jose indicated they could facilitate the call at 12:00 p.m. the next day. A few minutes later I spoke to A.H.

6.      Attached hereto as Exhibit 1 is Section 2 of the ORR Guide, "Children Entering the United States Unaccompanied," which my office downloaded from the ORR website https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-2 at about 10:04 a.m. on June 28, 2017.

7.      Attached hereto as Exhibit 2 is a true and correct copy of an agenda item from the Yolo County Board of Supervisors meeting agenda for May 9, 2017, entitled "ORR Grant Notice of Award and Program Update," that provides a description of ORR's contractual relationship with the Yolo County Probation Department to house youth in ORR's custody in the Yolo County Juvenile Detention Facility. My office downloaded this document from the Yolo County Board of Supervisors website: http://yoloagenda.yolocounty.org:8085/agenda_publish.cfm?id=&mt=BOS&get_month=5&get_year=2017&dsp=agm&seq=6255&rev=0&ag=1753&ln=58994&nseq=&nrev=&pseq=&prev=# at approximately 2:52 p.m. on June 28, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 23, 2017, at San Francisco, California.

_/s/ Julia Harumi Mass_____
Julia Harumi Mass

3

DECLARATION OF JULIA HARUMI MASS ISO PETITION FOR WRIT OF HABEAS CORPUS
Case No. 3:17-cv-03615-VC