PHILIP J. POGLEDICH, COUNTY COUNSEL (State Bar No. 197110)
philip.pogledich@yolocounty.org
ERIC MAY, SENIOR DEPUTY (State Bar No. 245770) - *Admission to N.D. Cal. Pending*
eric.may@yolocounty.org
OFFICE OF THE COUNTY COUNSEL
625 Court Street, Room 201
Woodland, CA  95695
Telephone: (530) 666-8172
Facsimile: (530) 666-8279

Attorneys for Defendant/Respondent BRENT CARDALL,
Chief Probation Officer of Yolo County
In His Official Capacity

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZA GOMEZ, as next friend for J.G., a minor, and on her own behalf, et al.,<br><br>    Petitioners/Plaintiffs on behalf of themselves individually and others similarly situated,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>    Respondents/Defendants. | Case No. 3:17-cv-03615-VC<br><br>**DEFENDANT BRENT CARDALL'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**<br><br>Date: October 26, 2017<br>Time: 10:00 a.m.<br>Judge: Vince Chhabria<br>Courtroom: 4 |

1  PLEASE TAKE NOTICE that on October 26, 2017 at 10:00 a.m., or as soon thereafter as
2 the matter may be heard in the above-entitled court, defendant Brent Cardall will move the court
3 to dismiss the action pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6) on
4 the grounds that Plaintiff fails to state a claim upon which relief can be granted against Cardall,
5 Cardall is not the immediate custodian upon whom a habeas petition can be granted, and the Court
6 lacks subject-matter jurisdiction to award injunctive and declaratory relief because Plaintiffs are
7 not housed at a facility controlled by Cardall.
8  The motion will be based on this Notice of Motion and Motion, the Memorandum of
9 Points and Authorities filed herewith, and the pleadings and papers field herein.

Dated:  September 14, 2017

PHILIP J. POGLEDICH
COUNTY COUNSEL

By:  /s
     Philip J. Pogledich

     Attorneys for BRENT CARDALL