UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA, et al.,<br><br>        Plaintiffs/Petitioners,<br><br>v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>        Defendants/Respondents. | Case No. 17-cv-03615-VC<br><br>**ORDER RE FEDERAL DEFENDANTS' SUPPLEMENTAL BRIEF**<br><br>Re: Dkt. No. 88 |

      The federal defendants are ordered to provide citations to support the assertion in footnote 2 on page 2 of their supplemental brief that the Department of Homeland Security could rearrest an accompanied minor previously released on bond or pursuant to other conditions of release "only if circumstances had changed materially since the bond determination, and/or there was a final order of removal to effectuate." The government must provide these citations by 3 p.m. on Friday, November 3, 2017.

      **IT IS SO ORDERED.**

Dated: November 2, 2017

_____
VINCE CHHABRIA
United States District Judge