# EXHIBIT 1 TO

# DECLARATION OF ASHLEY CORKERY

[HHS 3800-02]

CONFIDENTIAL

**Memo to the ORR Deputy Director for Children's Programs**
**Positive Release Recommendation from Secure\Staff Secure**

### September 12, 2017

TO:        Jonathan White
           Deputy Director for Children's Programs
           Office of Refugee Resettlement

Through:   David Fink
           FFS Supervisor
           Division of Unaccompanied Children Operations

FROM:      ███████████
           FFS
           Division of Unaccompanied Children Operations

SUBJECT:   Approval of Request for Sponsorship of Parent: Ms. ███████████
           ███████

█████ █████████ (A# █████████) is 17 years old boy from El Salvador. █████ was previously placed in ORR when he first arrived in the U.S. in 2014 and reunified with his mother. Since his arrival in ORR, █████ has been placed in the following programs:

1- On 07/07/2014, he was placed in Southwest Key Ventura and reunified with his sponsor/biological mother on 07/10/2014.
2- On 06/18/2017, he was placed in Shenandoah Valley Juvenile Center after he was identified as a gang member by law enforcement and facing a charge for disorderly conduct.
3- On 07/06/2017, he was stepped down to Fairfield Staff Secure for good behavior.
4- On 08/04/2017, he was stepped down to the least restrictive setting and transferred to Lincoln Hall Boys Heaven.

There are no behavioral problems reported by Lincoln Hall at this time and he appears to be doing well so far. While in Lincoln Hall, he has had four Serious Incident Reports (SIRS):

08/04/2017 – Minor reported receiving verbal gang threats after he refused to be recruited by gangs.
08/04/2017 – Minor reported that he never met his biological father.
08/04/2017 – ████████████████████████████████████████████████████
████████████

While in Shenandoah, he received one SIR:

06/23/2017 – Minor was ████████████ on his journey to the US.

█████ was referred under Operation Matador on 06/██/2017 and identified by law enforcement as a gang member. █████ was charged with disorderly conduct and incarcerated in the Suffolk County Correctional Facility from 06/██/2017 to 06/██/2017. On 09/██/2017, a Motion to Dismiss the charge was submitted in the criminal court. The prosecution and the defense attorney have indicated that the charges against █████ will very likely to be dropped; however, the final decision will be issued in approximately three weeks. █████ denies any involvement and/or association with any gangs. He and his family state that █████ has been profiled by law enforcement because of his race and ethnicity.

On 09/01/2017, ORR received new information about the case that included pictures that appear to be █████. Until this date, DHS has not confirmed or denied that the pictures are in fact █████. Upon reviewing █████' school records, they indicate that his grades and attendance have been deteriorating in the past two years; he had excessive tardiness and absences and had been displaying disruptive behavior. A note in his school records indicates that █████ may have been associating with people that "may be gang affiliated."

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████

Since his arrival in ORR on 06/18/2017 and in all the subsequent placements, he has maintained good behavior and stepped down to the least restrictive setting.

█████'s sponsor, Ms. ████████████, has no criminal history or history of child abuse or neglect. She and her partner have lived in ████████, New York, for the past 10 years. A Discretionary Home Study was completed on August 25, 2017 and the recommendation was positive for release with no qualifications.

This case was staffed with FFS Supervisor ████████ on August 12, 2017, who concurs for a positive release recommendation.

█████'s sponsor, Ms. ████████████, has been responsive to the care provider's request for information. Ms. ████████████ is █████' biological mother who resided with him for the last three years. While █████ was under his mother's care, he attended school and ████████████████ four days a week. Both, █████ and his sponsor, have stated that they will comply with ORR conditions of release and █████ ████████████████████████████ ██████████████████████████

She has cooperated throughout the reunification process and is committed and prepared to ensuring that ███████'s needs will be met.

███████'s sponsor has retained an attorney who has working on his immigration case. ███████'s Petition for Special Juvenile Status (I-360) was approved on 02/13/2017.  His Adjustment of Status (I-485) is currently pending adjudication before the US Citizenship and Immigration Services.

**Recommendation:**

Ms. ███████████████ has shown that she is ready, willing, and able to provide a safe, supporting, and structured home for ███████ as well as meeting his needs. She has completed the ORR Reunification process, has engaged with her son while in ORR care and has demonstrated responsiveness to identified post release needs. The FFS and FFS Supervisor concur for a positive release recommendation.

HHS003802