# EXHIBIT 9 TO

# DECLARATION OF ASHLEY CORKERY

[HHS 1792]

jail time. The minor had one more criminal court hearing when he was transferred to Yolo County Juvenile Detention Center by Immigration and Customs enforcement (ICE).

On 8/1/2017, the caseworker spoke with Officer ▬▬▬▬, the supervisor of the minor's probation officer, Officer ▬▬▬▬. Officer ▬▬▬▬ reported that the minor never met with Officer ▬▬▬▬ because he was transferred to Yolo Juvenile Detention Center. Officer ▬▬▬▬ stated that the charges were minor and although there was some suspicion by the detectives that the minor was MS13, there was no proof. According to the information Officer ▬▬▬▬ provided, the minor was on school property after school hours on 10/25/2016. On 9/21/2016, the minor was with suspected MS13 members. Officer ▬▬▬▬ reported that the arresting police officer was ▬▬▬▬.

On 8/24/2017, the caseworker called the 3rd Precinct Suffolk County Police Department to gather more information about the arrest. However, neither Officer ▬▬▬▬ nor the police department would be able to provide the caseworker with more information. A subpoena would need to be submitted. On 8/24/2017, the caseworker also called criminal records to get more information, but the caseworker would need to submit a request and there is currently a 4-month wait.

The sponsor reported that the two detectives that detained the minor continued visiting the home after they had detained the minor. They would come twice a week. About two months ago, the owner of the house told the police that if they did not stop coming, he would report them. They have not returned. The sponsor and minor stated that the minor was not involved with MS13.

2. Significant Incident Reports (SIRs) while in ORR/DCS shelter care. Please list with include dates and brief description.
   Tumbleweed Shelter (2015):
   8/4/2015: Abuse in home country/other-Victim of violence by MS13 gang members in home country. When he refused to join, the gang members took him to a hill and broke his arm.
   8/6/2015: Substance Abuse/other-History of substance use. The minor has a history of using cigarettes, marijuana, and alcohol.

   Selma Carson Home (2017):
   8/4/2017: Minor reported abuse from a New York Detective-detective transporting the minor to jail pushed him against the wall and pushed until he reached his cell.
   8/4/2017: Threats received by unknown gang member at home country-The minor disclosed that when he refused to join MS13, an unknown gang member told him that he will join "a las buenas o a las malas" (meaning he will have to join their gang on his own term or by force). The gang member told the minor that he knew where he went to school, where he lives, and places he spent time at. The minor would not leave his grandmother's house for fear of gang members finding him and carrying

DRAFT- U.S. Department of Health and Human Services
Office of Refugee Resettlement / Division of Children's Services
Home Study Report- November 2015

HHS001792