UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Lorenza Gomez, as next friend for J.G., a minor, and on her own behalf; Ilsa Saravia, as next friend for A.H., a minor, and on her behalf; and Wilfredo Velasques, as next friend F.E., a minor, and on his own behalf,<br><br>　　　　　Plaintiff/Plaintiff,<br>　vs.<br><br>Jefferson B. Sessions III, U.S. Attorney General, et al.,<br><br>　　　　　Respondents/Defendants. | Case No.: 3:17-cv-03615<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' EMERGENCY APPLICATION FOR RELIEF<br><br>Honorable Vince Chhabria |

This Court, having reviewed Defendants' Administrative Motion To Seal select portions of the Declaration of Jonathan White, Deputy Director for Children's Programs for the Office of Refugee Resettlement, Office within the Administration for Children and Families, Department of Health and Human Services ("White Declaration"), which is attached as Exhibit A in support of Defendants' Response to Plaintiffs' Emergency Application for Relief, hereby GRANTS the Administrative Motion.

The Court hereby ORDERS Defendants to file the following select portions of the White Declaration attached to the Murley Declaration under seal within seven (7) days:

| DOCUMENT | REQUESTED MATERIAL UNDER SEAL |
|---|---|
| Declaration of Jonathan White, Deputy Director for Children's Programs for the Office of Refugee Resettlement, Office within the Administration for Children and Families, Department of Health and Human Services filed in support of Defendants' Response to Plaintiffs' Emergency Application for Relief | **Redact the identified words on the following:**<br><br>Page 3, paragraph 7, second line<br>Page 3, paragraph 7, fourth line<br>Page 3, paragraph 7, fifth line<br>Page 3, paragraph 7, ninth line |

1

|  | Page 3, paragraph 7, tenth line |
|  | Page 5, paragraph 11, fourth line |
|  | Page 5, paragraph 11, sixth line |
|  | Page 5, paragraph 11, eighth line |
|  | Page 5, paragraph 11, ninth line |
|  | Page 5, paragraph 11, tenth line |
|  | Page 5, paragraph 11, twelfth line |
|  | Page 5, paragraph 11, thirteenth line |

Only this Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

IT IS SO ORDERED.

Date: __December 13__, 2017

_____
The Honorable Vince Chhabria
United States District Judge