UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>        Petitioner/Plaintiff,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>        Respondents/Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 125 |

At the January 4, 2018 case management conference, the parties should be prepared to discuss how they would like to proceed with respect to the issues not resolved by the November 20, 2017 order.

**IT IS SO ORDERED.**

Dated: January 3, 2018

_____

VINCE CHHABRIA
United States District Judge