UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>        Petitioner/Plaintiff,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>        Respondents/Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER DENYING MOTION FOR STAY PENDING APPEAL AUTHORIZATION**<br><br>Re: Dkt. No. 120-2 |

The government's motion for a stay of the November 20, 2017 order pending appeal authorization is denied.

**IT IS SO ORDERED.**

Dated: January 5, 2018

VINCE CHHABRIA
United States District Judge