UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA, et al.,<br><br>   Petitioners/Plaintiffs,<br><br>  v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>   Respondents/Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER STAYING CASE AND DENYING PENDING MOTIONS WITHOUT PREJUDICE** |

For the reasons discussed at the February 8, 2018 status conference, the case is stayed pending appeal. All pending motions are denied without prejudice to renewing them, if necessary, after the appeal is resolved. The parties are not precluded, during the stay, from filing motions relating to implementation of the preliminary injunction ruling.

**IT IS SO ORDERED.**

Dated: February 14, 2018

_____
VINCE CHHABRIA
United States District Judge