1  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
2  JULIA HARUMI MASS (SBN 189649)
   WILLIAM S. FREEMAN (SBN 82002)
3  39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 621-2493
5  Facsimile: (415) 255-8437
   Email: jmass@aclunc.org
6          wfreeman@aclunc.org

7  ACLU FOUNDATION
8  IMMIGRANTS' RIGHTS PROJECT
   JUDY RABINOVITZ
9  125 Broad Street, 18th Floor
   New York, NY 10004
10 Telephone: (212) 549-2660
   Facsimile: (212) 549-2654
11 E-mail: jrabinovitz@aclu.org

12 LAW OFFICES OF HOLLY S. COOPER
   HOLLY S. COOPER (SBN 197626)
13 P.O. Box 4358
   Davis, CA 95617
14 Telephone: (530) 574-8200
15 Facsimile: (530) 752-0822
   Email: hscooper@ucdavis.edu

COOLEY LLP
MARTIN S. SCHENKER (SBN 109828)
NATHANIEL R. COOPER (SBN 262098)
ASHLEY K. CORKERY (SBN 301380)
TREVOR M. KEMPNER (SBN 310853)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: mschenker@cooley.com
       ncooper@cooley.com
       acorkery@cooley.com
       tkempner@cooley.com

ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
STEPHEN B. KANG (SBN 292280)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (212) 395-0950
E-mail: skang@aclu.org

Attorneys for Petitioners/Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ilsa Saravia, as next friend for A.H., a minor, and on her own behalf, et al.,<br><br>Petitioners/Plaintiffs, on behalf of themselves individually and others similarly situated,<br><br>v.<br><br>Jefferson B. Sessions, et al.,<br><br>Respondents/Defendants. | Case No. 3:17-cv-03615-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ADVANCE HEARING ON PLAINTIFFS' MOTION TO LIFT STAY**<br><br>**(CIVIL L.R. 6-2)** |

WHEREAS, on February 14, 2018, the Court stayed all district court proceedings (other than enforcement of the preliminary injunction) pending the outcome of the Ninth Circuit appeal in this case, *see* Dkt. 137; and

WHEREAS, on March 1, 2018, Plaintiffs have filed their Motion to Lift Stay, which under Local Rule 7-2(a) would ordinarily be noticed for a hearing on April 5, 2018; and

WHEREAS, the issues addressed in the Motion are relatively straightforward and do not require resolution of complex issues of fact or law; and

WHEREAS, the Motion is approximately 7.5 pages long, which is half the 15 pages permitted under the Court's Standing Order for Civil Cases; and

WHEREAS, under Local Rule 7-3(a), the Government has until Thursday, March 15, 2018, to file its opposition to the Motion; and

WHEREAS, in the event the Court approves this Stipulation, Plaintiffs agree to waive their right to file a reply brief in support of their Motion to Lift Stay; and

WHEREAS, for the reasons stated in the Motion and in the accompanying Declaration of Stephen B. Kang, Plaintiffs believe that there are urgent reasons for lifting the stay in this case, and that those reasons also warrant advancing the hearing date for their Motion; and

WHEREAS, Defendants dispute that there are urgent reasons for lifting the stay, but nonetheless agree to advance the hearing date on Plaintiffs' Motion in order to seek prompt resolution of this issue from the Court; and

WHEREAS, advancing the hearing date on Plaintiffs' Motion will not affect any other deadlines in this case because all proceedings other than enforcement of the preliminary injunction are currently stayed.

## STIPULATION

NOW, THEREFORE, the parties, through their undersigned counsel, STIPULATE and AGREE, and request the Court to order, as follows:

1. Following the filing by Plaintiffs of the Motion no later than March 1, 2018, Defendant shall file their brief in opposition to the Motion within the time normally allowed under Civ. L.R. 7-3(a), that is, by March 15, 2018;

2. Plaintiffs shall not file a reply in support of the Motion;

3. The hearing on the motion shall be set for the Court's motion calendar at 10:00 a.m. on March 22, 2018.

Dated:   March 1, 2018            */s/ Stephen B. Kang*
                                  Stephen B. Kang
                                  *Attorneys for Petitioners/Plaintiffs*

Dated:   March 1, 2018            */s/ Sarah Fabian*
                                  Sarah Fabian
                                  *Attorneys for Defendants*

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 7, 2018

VINCE CHHABRIA
United States District Judge

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated:        March 1, 2018                    */s/ Stephen B. Kang*
                                               Stephen B. Kang