UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>        Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER RE MOTION TO LIFT STAY**<br><br>Re: Dkt. Nos. 138, 141 |

     The fact that the government is not appealing the venue ruling is not a reason to lift the stay. However, the government has failed to address the plaintiffs' allegation that class members are being denied immigration benefits based on the same allegations of gang activity rejected by immigration judges. That would be a reason to lift the stay. Accordingly, the government is ordered to file a supplemental opposition within 7 days of this order, and the plaintiffs may file a reply thereafter. The hearing on the motion to lift the stay is vacated; the Court will likely decide the matter on the papers, but will schedule a hearing at a later date if necessary.

     **IT IS SO ORDERED.**

Dated: March 15, 2018

_____
VINCE CHHABRIA
United States District Judge