UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>             Plaintiff,<br><br>     v.<br><br>MATTHEW G. WHITAKER, et al.,<br><br>             Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER REGARDING<br>NOVEMBER 29, 2018, HEARING** |

By 5:00 p.m. PST on Wednesday, November 28, 2018, the Government is directed to file a letter brief answering the following:

1. Since this Court entered the preliminary injunction on November 20, 2017, how many people who arrived in the United States as unaccompanied minors have been taken back into DHS/ORR custody when they were still a minor after having previously been placed with a sponsor? Of that group, how many people does the Government classify as members of the class identified in the preliminary injunction?

2. In light of the Government's statements on pages 7-8 of its opposition, would the Government oppose an order revising the class definition as follows: "(3) the noncitizen has been or will be rearrested by DHS on the basis of a removability warrant on or after April 1, 2017, on allegations of gang affiliation *or after having been arrested and/or charged with, but not convicted of, a crime*"?

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
VINCE CHHABRIA
United States District Judge