UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ILSA SARAVIA, | Case No.  17-cv-03615-VC |
| Plaintiff, |  |
| v. | **ORDER RE: MOTION FOR EXPEDITED HEARING** |
| MATTHEW G. WHITAKER, et al., | Re: Dkt. No. 181 |
| Defendants. |  |

A hearing on whether YMMC and KDCS are entitled to *Saravia* hearings is scheduled for January 24, 2019, at 10:00 a.m. in San Francisco, Courtroom 04, 17th Floor. A response to the government's motion for clarification is due by January 8, 2019.

**IT IS SO ORDERED.**

Dated: December 21, 2018

VINCE CHHABRIA
United States District Judge