UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW G. WHITAKER, et al.,<br><br>        Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER GRANTING IN PART MOTION TO STAY DEADLINES**<br><br>Re: Dkt. No. 185 |

The January 6, 2019, deadline for the government to respond to the plaintiff's discovery requests is extended to 14 days after the Department of Justice's funding has been restored. All other upcoming deadlines in the case will remain on calendar.

**IT IS SO ORDERED.**

Dated: January 2, 2019

VINCE CHHABRIA
United States District Judge