UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>        Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER LIFTING RESTRICTIONS ON NONPARTY ACCESS TO ELECTRONIC FILINGS** |

The Court hereby orders that the limitations on nonparty access to electronic court filings set forth in Rule 5.2(c) of the Federal Rules of Civil Procedure shall not apply to this action. *See* Fed. R. Civ. P. 5.2(c) (setting forth restrictions on access to electronic files in immigration cases "[u]nless the court orders otherwise").

If the parties wish to file material under seal, they shall comply with the requirements of Civil Local Rule 79-5 and the Court's standing order.

**IT IS SO ORDERED.**

Dated: January 22, 2019

_____
VINCE CHHABRIA
United States District Judge