UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW G. WHITAKER, et al.,<br><br>        Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER REGARDING CONTINUATION OF STAY** |

     As discussed at today's hearing, absent extraordinary circumstances the stay will remain in place for the duration of the shutdown. However, activities that are necessary to ensure compliance with the terms of the preliminary injunction must continue. These activities include providing class counsel with information on all arrests of unaccompanied minors who have previously been placed with sponsors by ORR.

     **IT IS SO ORDERED.**

Dated: January 24, 2019

VINCE CHHABRIA
United States District Judge