UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTHEW G. WHITAKER, et al.,<br><br>            Defendants. | Case No.  17-cv-03615-VC<br><br>**ORDER REGARDING OVERLAPPING CASES** |

By February 26, 2019, the parties are directed to file letter briefs explaining the extent to which the claims in this case overlap with the claims in *Lucas R. v. Azar*, Case No. 2:18-cv-05741-DMG, in the Central District of California. The briefs should also explain why the parties failed to so much as mention this case when asked at the January 24th hearing about the overlap between this litigation and litigation surrounding the *Flores* Agreement.

**IT IS SO ORDERED.**

Dated: February 12, 2019

VINCE CHHABRIA
United States District Judge