UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>             Plaintiff,<br><br>      v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>             Defendants. | Case No. 17-cv-03615-VC<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 206 |

Paige Austin's motion to withdraw as counsel for Plaintiff Ilsa Saravia is granted. *See* Dkt. No. 206.

**IT IS SO ORDERED.**

Dated: February 27, 2019

VINCE CHHABRIA
United States District Judge