UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ILSA SARAVIA,** | Case No. 17-cv-03615-VC |
| Plaintiff. | ORDER REGARDING EXTENSION OF DISCOVERY |
| v. | |
| **MATTHEW G. WHITAKER, et al.,** | |
| Defendants. | |

Having considered the parties' JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO COMPLY WITH THE COURT'S ORDER REGARDING DEFENDANTS' DISCOVERY OBLIGATIONS, the Court grants the Parties' Joint Stipulation, and the deadline for Defendant DHS to respond to Plaintiff's discovery requests is extended from February 11, 2019, to March 13, 2019.

**IT IS SO ORDERED.**

Dated: February __27__, 2019

_____
**VINCE CHHABRIA**
**UNITED STATES DISTRICT JUDGE**