| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>WILLIAM S. FREEMAN (SBN 82002)<br>SEAN RIORDAN (SBN 255752)<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: wfreeman@aclunc.org<br>         sriordan@aclunc.org | COOLEY LLP<br>MARTIN S. SCHENKER (SBN 109828)<br>NATHANIEL R. COOPER (SBN 262098)<br>ASHLEY K. CORKERY (SBN 301380)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>Email: mschenker@cooley.com<br>         ncooper@cooley.com<br>         acorkery@cooley.com |
| ACLU FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>JUDY RABINOVITZ<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 549-2660<br>Facsimile: (212) 549-2654<br>E-mail: jrabinovitz@aclu.org | ACLU FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>STEPHEN B. KANG (SBN 292280)<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 343-0770<br>Facsimile: (212) 395-0950<br>E-mail: skang@aclu.org |
| LAW OFFICES OF HOLLY S. COOPER<br>HOLLY S. COOPER (SBN 197626)<br>P.O. Box 4358<br>Davis, CA 95617<br>Telephone: (530) 574-8200<br>Facsimile: (530) 752-0822<br>Email: hscooper@ucdavis.edu | NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>AADHITHI PADMANABHAN<br>CHRISTOPHER DUNN<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Telephone: (212) 607-3300<br>Facsimile: (212) 607-3318<br>Email: apadmanabhan@nyclu.org<br>         cdunn@nyclu.org |

Attorneys for Petitioner/Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ilsa Saravia, as next friend for A.H., a minor, on behalf of herself individually and others similarly situated,<br><br>         Plaintiff,<br>    v.<br><br>William Barr, Attorney General, et al.,<br><br>         Respondents/Defendants. | Case No.  3:17-cv-03615-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE STAY OF PROCEEDINGS** |

## RECITALS

WHEREAS, the Parties have held preliminary discussion to determine whether it is advisable to enter into mediation with the goal of reaching a mutually agreeable settlement of this case; and

WHEREAS, in furtherance of these discussions, Plaintiff has agreed to narrow her discovery requests to Defendants, and Defendants have begun responding to these narrowed discovery requests; and

WHEREAS, the Parties believe that for mediation to be successful and to promote judicial economy, it would be advantageous for the Court to defer ruling on Defendants' pending Motion to Dismiss the Second Amended Petition (ECF No. 172) ("Motion to Dismiss"), stay litigation proceedings in the case, and refer this case for mediation for purposes of attempting to resolve this matter.

## STIPULATION

It is hereby agreed between the Parties, subject to the Order of the Court, as follows:

1. The Parties jointly request that the Court defer ruling on the Motion to Dismiss unless one or more of the Parties informs the Court that it or they wish to withdraw from mediation and have the Court rule on the Motion to Dismiss.

2. During the time this Stipulation remains in effect, the case, including Plaintiff's discovery requests and Defendants' responses and objections, will be stayed except for (a) the narrowed agreed-upon discovery requests to which the Parties have agreed that Defendants will respond prior to mediation; (b) proceedings, if any, to compel responses to such discovery requests; (c) mediation conducted by a United States Magistrate, or such other neutral person upon whom the Parties may hereafter agree; and (d) any proceedings concerning implementation or enforcement of the Court's preliminary injunction.

3. Any Party may at any time withdraw from this Stipulation, at which time that Party (or the Parties jointly) may so inform the Court and request that the Court rule on the Motion to Dismiss, and the stay of proceedings will automatically end.

Dated:  March 7, 2019             COOLEY LLP

                                  /s/ Martin S. Schenker
                                  Martin S. Schenker

Dated:  March 7, 2019             AMERICAN CIVIL LIBERTIES UNION
                                  FOUNDATION OF NORTHERN CALIFORNIA

                                  /s/ William S. Freeman
                                  William S. Freeman

Dated:  March 7, 2019             AMERICAN CIVIL LIBERTIES UNION
                                  IMMIGRANTS' RIGHTS PROJECT

                                  /s/ Stephen B. Kang
                                  Stephen B. Kang

Dated:  March 7, 2019             LAW OFFICES OF HOLLY COOPER

                                  /s/ Holly S. Cooper
                                  Holly S. Cooper

Dated:  March 7, 2019             NEW YORK CIVIL LIBERTIES UNION
                                  FOUNDATION

                                  /s/Christopher Dunn
                                  Christopher Dunn
                                  *Attorneys for Petitioner/Plaintiff*

Dated:  March 7, 2019             UNITED STATES DEPARTMENT OF JUSTICE

                                  /s/ Nicole N. Murley
                                  Nicole N. Murley
                                  *Counsel for Respondents/Defendants*

[~~PROPOSED~~] ORDER

Upon the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Court will defer ruling on the Motion to Dismiss (ECF No. 172) unless one or more of the Parties informs the Court that it or they wish to withdraw from mediation and have the Court rule on Defendants' Motion to Dismiss the Second Amended Petition.

2. The case will be stayed except for (a) the narrowed agreed-upon discovery requests to which the Parties have agreed that Defendants will respond prior to mediation; (b) proceedings, if any, to compel responses to such discovery requests; (c) mediation conducted by a United States Magistrate, or such other neutral person upon whom the Parties may hereafter agree; and (d) any proceedings concerning implementation or enforcement of the Court's preliminary injunction.

3. The stay of proceedings will automatically end at such time, if applicable, if one or more of the Parties informs the Court that it or they have withdrawn from this Stipulation.

Dated: March 8, 2019

_____
Vince Chhabria
United States District Judge

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 7, 2019        /s/ William S. Freeman
                            William S. Freeman
                            *Attorneys for Plaintiff*

3