UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILSA SARAVIA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>        Defendants. | Case No.   17-cv-03615-VC<br><br>**ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 214 |

This matter is hereby directly referred to Magistrate Judge Laurel Beeler of this court to conduct a Settlement Conference. Magistrate Judge Beeler's chambers will contact counsel with a date and time for the conference to be conducted.

    **IT IS SO ORDERED.**

Dated: March 29, 2019

_____
VINCE CHHABRIA
United States District Judge