## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ISLA SARAVIA, *et al*.,

                     *Plaintiffs/Petitioners,*

    v.

MATTHEW WHITAKER *et al*.,

                     *Defendants/Respondents.*

Case No. 17-CV-03615-VC

## ~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL FOR PLAINTIFFS/PETITIONERS

Aadhithi Padmanabhan seeks leave to withdraw as counsel for Plaintiffs/Petitioners in this matter. This Court concludes that the motion be granted.

SO ORDERED:

_____

Hon. Vince Chhabria
United States District Judge

Dated: May 29, 2019