AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
WILLIAM S. FREEMAN (SBN 82002)
SEAN RIORDAN (SBN 255752)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: wfreeman@aclunc.org
   sriordan@aclunc.org

COOLEY LLP
MARTIN S. SCHENKER (SBN 109828)
ASHLEY K. CORKERY (SBN 301380)
EVAN G. SLOVAK (SBN 319409)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: mschenker@cooley.com
   acorkery@cooley.com
   eslovak@cooley.com

LAW OFFICES OF HOLLY S. COOPER
HOLLY S. COOPER (SBN 197626)
P.O. Box 4358
Davis, CA 95617
Telephone: (530) 574-8200
Facsimile: (530) 752-0822
Email: hscooper@ucdavis.edu

ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
STEPHEN B. KANG (SBN 292280)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (212) 395-0950
E-mail: skang@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
CHRISTOPHER DUNN
AMY BELSHER
JESSICA PERRY
125 Broad Street, 19th Floor
New York, NY 10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318
Email: dcunn@nyclu.org
   abelser@nyclu.org
   jperry@nyclu.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ilsa Saravia, as next friend for A.H., a minor, and on behalf of herself individually and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>William Barr, Attorney General, et al.,<br><br>Defendants. | Case No. 3:17-cv-03615-VC<br><br>Honorable Vince Chhabria<br><br>**[Proposed] Order Shortening Briefing Schedule and Setting Motion Hearing on Plaintiff's Motion for Preliminary Approval of Class Settlement** |

WHEREAS, the Parties have reached a settlement in the above-captioned action;

WHEREAS, Plaintiff intends to file a Motion for Preliminary Approval of Class Settlement no later than September 18, 2020;

WHEREAS, Defendants do not intend to oppose the Plaintiff's Motion for Preliminary Approval;

WHEREAS, the parties agree that it would be most efficient to shorten the standard 35-day briefing schedule per L-R 7-2 and for the Court to hold a preliminary approval hearing on October 15, 2020;

WHEREAS, counsel for Plaintiff has an existing obligation scheduled for October 22, 2020,

NOW, THEREFORE, the parties respectfully request that the Court set the briefing schedule and hearing date as follows:

- September 18, 2020:  Plaintiff to file Motion for Preliminary Approval of Class Settlement;

- September 25, 2020:  Defendants to file Notice of Non-Opposition;

- October 15, 2020 (or as early as the Court allows):  Preliminary Approval on Plaintiff's Motion.

Dated: September 17, 2020

COOLEY LLP

*/s/ Martin S. Schenker*
Martin S. Schenker
Ashley S. Corkery
Evan G. Slovak

American Civil Liberties Union Foundation of Northern California
William S. Freeman
Sean Riordan

ACLU Foundation Immigrants' Rights Project
Stephen B. Kang

Law Offices of Holly S. Cooper
Holly Cooper

New York Civil Liberties Union Foundation
Christopher Dunn
Amy Belsher
Jessica Perry

*Attorneys for Plaintiff*

Dated: September 17, 2020

UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Nicole M. Murley*
Nicole M. Murley
Sarah B. Fabian

*Attorneys for Defendants*

# ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

/s/ *Martin S. Schenker*
Martin S. Schenker

# ORDER

4.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

                                        Hon. Vince Chhabria
                                        United States District Judge