AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
WILLIAM S. FREEMAN (SBN 82002)
SEAN RIORDAN (SBN 255752)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: wfreeman@aclunc.org
       sriordan@aclunc.org

COOLEY LLP
MARTIN S. SCHENKER (SBN 109828)
ASHLEY K. CORKERY (SBN 301380)
EVAN G. SLOVAK (SBN 319409)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: mschenker@cooley.com
       acorkery@cooley.com
       eslovak@cooley.com

LAW OFFICES OF HOLLY S. COOPER
HOLLY S. COOPER (SBN 197626)
P.O. Box 4358
Davis, CA 95617
Telephone: (530) 574-8200
Facsimile: (530) 752-0822
Email: hscooper@ucdavis.edu

ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
STEPHEN B. KANG (SBN 292280)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (212) 395-0950
E-mail: skang@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
CHRISTOPHER DUNN
AMY BELSHER
JESSICA PERRY
125 Broad Street, 19th Floor
New York, NY 10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318
Email: dcunn@nyclu.org
       abelser@nyclu.org
       jperry@nyclu.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ilsa Saravia, as next friend for A.H., a minor, and on behalf of herself individually and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>William Barr, Attorney General, et al.,<br><br>Defendants. | Case No. 3:17-cv-03615-VC<br><br>Honorable Vince Chhabria<br><br>[P̶r̶o̶p̶o̶s̶e̶d̶] Order Shortening Briefing Schedule and Setting Motion Hearing on Plaintiff's Motion for Preliminary Approval of Class Settlement |

WHEREAS, the Parties have reached a settlement in the above-captioned action;

WHEREAS, Plaintiff intends to file a Motion for Preliminary Approval of Class Settlement no later than September 18, 2020;

WHEREAS, Defendants do not intend to oppose the Plaintiff's Motion for Preliminary Approval;

WHEREAS, the parties agree that it would be most efficient to shorten the standard 35-day briefing schedule per L-R 7-2 and for the Court to hold a preliminary approval hearing on October 15, 2020;

WHEREAS, counsel for Plaintiff has an existing obligation scheduled for October 22, 2020,

NOW, THEREFORE, the parties respectfully request that the Court set the briefing schedule and hearing date as follows:

- September 18, 2020: Plaintiff to file Motion for Preliminary Approval of Class Settlement;
- September 25, 2020: Defendants to file Notice of Non-Opposition;
- October 15, 2020 (or as early as the Court allows): Preliminary Approval on Plaintiff's Motion.

| | | |
|---|---|---|
| 1 | Dated: September 17, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Martin S. Schenker* |
| | | Martin S. Schenker |
| 4 | | Ashley S. Corkery |
| | | Evan G. Slovak |
| 5 | | |
| | | American Civil Liberties Union Foundation of |
| 6 | | Northern California |
| | | William S. Freeman |
| 7 | | Sean Riordan |
| 8 | | ACLU Foundation Immigrants' Rights Project |
| | | Stephen B. Kang |
| 9 | | |
| | | Law Offices of Holly S. Cooper |
| 10 | | Holly Cooper |
| 11 | | New York Civil Liberties Union Foundation |
| | | Christopher Dunn |
| 12 | | Amy Belsher |
| | | Jessica Perry |
| 13 | | |
| | | *Attorneys for Plaintiff* |
| 14 | | |
| 15 | Dated: September 17, 2020 | UNITED STATES DEPARTMENT OF JUSTICE |
| 16 | | */s/ Nicole M. Murley* |
| | | Nicole M. Murley |
| 17 | | Sarah B. Fabian |
| 18 | | *Attorneys for Defendants* |

## **ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

/s/ *Martin S. Schenker*
Martin S. Schenker

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 18, 2020

_____
Hon. Vince Chhabria

**GRANTED**
Judge Vince Chhabria