AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
WILLIAM S. FREEMAN (SBN 82002)
SEAN RIORDAN (SBN 255752)
39 Drumm Street
San Francisco, CA  94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email:  wfreeman@aclunc.org
         sriordan@aclunc.org

COOLEY LLP
MARTIN S. SCHENKER (SBN 109828)
ASHLEY K. CORKERY (SBN 301380)
EVAN G. SLOVAK (SBN 319409)
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email:  mschenker@cooley.com
         acorkery@cooley.com
         eslovak@cooley.com

LAW OFFICES OF HOLLY S. COOPER
HOLLY S. COOPER (SBN 197626)
P.O. Box 4358
Davis, CA  95617
Telephone: (530) 574-8200
Facsimile: (530) 752-0822
Email:  hscooper@ucdavis.edu

ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
STEPHEN B. KANG (SBN 292280)
39 Drumm Street
San Francisco, CA  94111
Telephone: (415) 343-0770
Facsimile: (212) 395-0950
E-mail:  skang@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
CHRISTOPHER DUNN
AMY BELSHER
JESSICA PERRY
125 Broad Street, 19th Floor
New York, NY  10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318
Email: dcunn@nyclu.org
         abelser@nyclu.org
         jperry@nyclu.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ilsa Saravia, as next friend for A.H., a minor, on behalf of herself individually and others similarly situated,<br><br>Plaintiff,<br>v.<br>William Barr, Attorney General, et al.,<br><br>Defendants. | Case No.  3:17-cv-03615-VC<br><br>**DECLARATION OF STEPHEN B. KANG IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

1.

I, Stephen B. Kang, declare:

1. I am an attorney duly licensed to practice law in the State of California and a member of the Bar of this Court. I am one of the attorneys for the Plaintiff and the provisionally certified Class in this action.

2. I submit this declaration in support of Plaintiff's Motion for Final Approval of Class Action Settlement. I have personal knowledge of the facts set forth below and, if called as a witness to testify, could and would testify competently thereto.

3. Pursuant to the terms of the Settlement Agreement preliminarily approved by this Court, I and other members of Plaintiff's counsel team undertook the following efforts to provide notice to known and potential Class Members in this case, as well as their attorneys.

4. Since the Court granted the preliminary injunction in this case, various members of Plaintiff's counsel team have been in touch with dozens of attorneys who have represented class members in Saravia Hearings or in their immigration proceedings. On Thursday, October 22, 2020, I sent copies of the Class Notice and Agreement via email to the last known email addresses of all such attorneys.

5. That same day, I also sent copies of the Class Notice and Agreement to several major email listservs of attorneys and advocates who represent children in immigration matters, and two major national listservs of immigration practitioners.

6. After Defendants compiled their lists of known and potential Class Members and attorneys pursuant to Paragraph VIII.C.2.a of the Settlement Agreement, and provided those lists to Class Members, a paralegal under my supervision and I reviewed those lists to identify any attorneys who we had not reached during the prior round of email distribution. Plaintiff's counsel, including lawyers from the ACLU, NYCLU, and the law offices of Holly Cooper, emailed and called those attorneys to ensure that they were aware of the Agreement's preliminary approval.

7. Plaintiff's counsel also caused copies of the Class Notice (in English and Spanish) and the Settlement Agreement to be posted on the websites of the National ACLU, the ACLU of Northern California, and the New York Civil Liberties Union.

8.  Pursuant to Paragraph VIII.3.b of the Agreement, Plaintiff's counsel also met and conferred with Defendants' counsel via email concerning ORR and DHS facilities where the Class Notice should be posted.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 30, 2020 at Vienna, Virginia.

*/s/ Stephen B. Kang*
Stephen B. Kang

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to N. D. Cal. Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: December 30, 2020

                                                */s/ Martin Schenker*
                                                Martin Schenker