| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>WILLIAM S. FREEMAN (SBN 82002)<br>SEAN RIORDAN (SBN 255752)<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: wfreeman@aclunc.org<br>       sriordan@aclunc.org<br><br>ACLU FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>JUDY RABINOVITZ<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 549-2660<br>Facsimile: (212) 549-2654<br>E-mail: jrabinovitz@aclu.org<br><br>LAW OFFICES OF HOLLY S. COOPER<br>HOLLY S. COOPER (SBN 197626)<br>P.O. Box 4358<br>Davis, CA 95617<br>Telephone: (530) 574-8200<br>Facsimile: (530) 752-0822<br>Email: hscooper@ucdavis.edu | COOLEY LLP<br>MARTIN S. SCHENKER (SBN 109828)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>Email: mschenker@cooley.com<br>       ncooper@cooley.com<br>       acorkery@cooley.com<br><br>ACLU FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>STEPHEN B. KANG (SBN 292280)<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 343-0770<br>Facsimile: (212) 395-0950<br>E-mail: skang@aclu.org<br><br>NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>AMY BELSHER<br>JESSICA PERRY<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Telephone: (212) 607-3300<br>Facsimile: (212) 607-3318<br>Email: apadmanabhan@nyclu.org<br>       cdunn@nyclu.org |

Attorneys for Petitioner/Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ilsa Saravia, as next friend for A.H., a minor, on behalf of herself individually and others similarly situated,<br><br>       Plaintiff,<br>  v.<br><br>Robert Wilkinson, Acting Attorney General, et al.,<br><br>       Respondents/Defendants. | Case No. 3:17-cv-03615-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF CLASS NOTICE DEADLINE** |

## RECITALS

WHEREAS, pursuant to Paragraph VIII.F of the Settlement Agreement in this case, the deadline for mailing the Updated Class Notice to the individuals on the Class List and their attorneys is currently Thursday, February 18, 2021; and

WHEREAS, the Parties have been diligently meeting and conferring concerning the language of the Updated Class Notice and its shortened version, and translating those Notices into Spanish; and

WHEREAS, the Parties are close to finalizing the English and Spanish versions of the Notices, but require a brief period of additional time to complete that process; and

WHEREAS, after finalizing the Notices, Defendants will require time to mail the Updated Class Notice pursuant to Paragraph VIII.F.3 of the Agreement;

## STIPULATION

It is hereby agreed between the Parties, subject to the Order of the Court, as follows:

The Parties jointly request that the Court extend the deadline for mailing the Updated Class Notice pursuant to Paragraph VIII.F.3 of the Agreement until Monday, March 1, 2021.

| | |
|---|---|
| Dated: February 17, 2021 | COOLEY LLP<br>*/s/ Martin S. Schenker*<br>Martin S. Schenker |
| Dated: February 17, 2021 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>*/s/ William S. Freeman*<br>William S. Freeman |
| Dated: February 17, 2021 | AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT<br>*/s/ Stephen B. Kang*<br>Stephen B. Kang |
| Dated: February 17, 2021 | LAW OFFICES OF HOLLY COOPER<br>*/s/ Holly S. Cooper*<br>Holly S. Cooper |
| Dated: February 17, 2021 | NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>*/s/Amy Belsher*<br>Amy Belsher<br>*Attorneys for Petitioner/Plaintiff* |
| Dated: February 17, 2021 | UNITED STATES DEPARTMENT OF JUSTICE<br>/s/ *Nicole N. Murley*<br>Nicole N. Murley<br>*Counsel for Respondents/Defendants* |

[~~PROPOSED~~] ORDER

Upon the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for mailing the Updated Class Notice pursuant to Paragraph VIII.F.3 of the Agreement is extended until Monday, March 1, 2021.

Dated: February 18, 2021

_____
Hon. Vince Chhabria
United States District Judge



## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 17, 2021

*/s/ Stephen B. Kang*
Stephen B. Kang
*Attorney for Plaintiff*