AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
WILLIAM S. FREEMAN (SBN 82002)
SEAN RIORDAN (SBN 255752)
39 Drumm Street
San Francisco, CA  94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email:  wfreeman@aclunc.org
            sriordan@aclunc.org

COOLEY LLP
MARTIN S. SCHENKER (SBN 109828)
ASHLEY K. CORKERY (SBN 301380)
EVAN G. SLOVAK (SBN 319409)
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email:  mschenker@cooley.com
            acorkery@cooley.com
            eslovak@cooley.com

LAW OFFICES OF HOLLY S. COOPER
HOLLY S. COOPER (SBN 197626)
P.O. Box 4358
Davis, CA  95617
Telephone: (530) 574-8200
Facsimile: (530) 752-0822
Email:  hscooper@ucdavis.edu

Attorneys for Plaintiff

ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
STEPHEN B. KANG (SBN 292280)
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 343-0770
Facsimile:  (212) 395-0950
E-mail:  skang@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
CHRISTOPHER DUNN
AMY BELSHER
JESSICA PERRY
125 Broad Street, 19th Floor
New York, NY  10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318
Email: dcunn@nyclu.org
          abelser@nyclu.org
          jperry@nyclu.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ilsa Saravia, as next friend for A.H., a minor, and on behalf of herself individually and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>William Barr, Attorney General, et al.,<br><br>Defendants. | Case No.  3:17-cv-03615-VC<br><br>Honorable Vince Chhabria<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR PLAINTIFF TO FILE A MOTION SEEKING FEES AND COSTS** AS MODIFIED |

## STIPULATION

The parties to this action (the "Parties") stipulate as follows:

1. The Parties have entered into a Settlement Agreement (ECF No. 237-1). On January 19, 2021 this Court issued its Order Certifying the Settlement Class and Granting Final Approval of Class Action Settlement (ECF No. 249).

2. On September 23, 2020, Plaintiff initiated a process to negotiate the resolution of her claim for fees and costs by sending Defendants an initial settlement demand. The Parties have thereafter continued to negotiate fees and costs in good faith, with Plaintiff providing Defendants information supporting their demand and Defendants making a counteroffer.

3. The Parties now agree that an appropriate next step is referral of fees and costs to Judge Beeler for mediation. The Parties have requested that the Court make that referral under separate cover.

4. Plaintiff's statutory deadline to file a motion for fees and costs under the Equal Access to Justice Act, 18 U.S.C. § 2412, is April 19, 2021. To allow the Parties to negotiate fees and costs without requiring concurrent preparation of Plaintiff's motion, the Parties request that the Court relieve Plaintiff of this deadline, which is not jurisdictional, *see Scarborough v. Principi*, 541 U.S. 401, 413-14 (2004), and reset that deadline at a date to be determined if the Parties are unable to resolve this issue through negotiation and/or mediation.

1

2
    Dated:  February 21, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP

*/s/ Sean Riordan*

American Civil Liberties Union Foundation of
Northern California
William S. Freeman
Sean Riordan

Cooley LLP
Martin S. Schenker
Ashley K. Corkery
Evan G. Slovak

ACLU Foundation Immigrants' Rights Project
Stephen B. Kang

Law Offices of Holly S. Cooper
Holly Cooper

New York Civil Liberties Union Foundation
Christopher Dunn
Amy Belsher
Jessica Perry

*Attorneys for Plaintiff*

Dated:  February 21, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah B/ Fabian*
SARAH B. FABIAN
NICOLE MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824 (phone)
(202) 305-7000 (facsimile)
Email: Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

## **ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

*/s/ Sean Riordan*
Sean Riordan

1

<u>**[PROPOSED] ORDER**</u>   AS MODIFIED

2

Upon the stipulation of the Parties, and good cause appearing:

3

The  deadline to file a motion for fees and costs pursuant

4

to the Equal Access to Justice Act, 18 U.S.C. § 2412  is extended until June 1, 2021.

5

6

7

8

**IT IS SO ORDERED.**

9

10

Date:  _____February 22_____ , 2021

11

12

_____

Vince Chha

United States District Judge

13

14

IT IS SO ORDERED

AS MODIFIED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

23

24

25

26

27

28