
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
WILLIAM S. FREEMAN (SBN 82002)
SEAN RIORDAN (SBN 255752)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: wfreeman@aclunc.org
       sriordan@aclunc.org

COOLEY LLP
MARTIN S. SCHENKER (SBN 109828)
ASHLEY K. CORKERY (SBN 301380)
EVAN G. SLOVAK (SBN 319409)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: mschenker@cooley.com
       acorkery@cooley.com
       eslovak@cooley.com

LAW OFFICES OF HOLLY S. COOPER
HOLLY S. COOPER (SBN 197626)
P.O. Box 4358
Davis, CA 95617
Telephone: (530) 574-8200
Facsimile: (530) 752-0822
Email: hscooper@ucdavis.edu

ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
STEPHEN B. KANG (SBN 292280)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (212) 395-0950
E-mail: skang@aclu.org

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
CHRISTOPHER DUNN
AMY BELSHER
JESSICA PERRY
125 Broad Street, 19th Floor
New York, NY 10004
Telephone: (212) 607-3300
Facsimile: (212) 607-3318
Email: dcunn@nyclu.org
       abelser@nyclu.org
       jperry@nyclu.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ilsa Saravia, as next friend for A.H., a minor, and on behalf of herself individually and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Merrick Garland, Attorney General, et al.,<br><br>Defendants. | Case No. 3:17-cv-03615-VC<br><br>Honorable Vince Chhabria<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT FOR FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

Currently pending is Plaintiff's Motion for Approval of the Fees and Costs Settlement Regarding EAJA Attorneys' Fees and Costs ("Motion") pursuant to Rule 23(h) of the Federal Rules of Civil Procedure. The Court has considered Plaintiff's Motion, supporting papers, and the Government's response.

The Court makes the following findings:

1. On May 27, 2021, the Parties executed the Fees and Costs Settlement Agreement in which Defendants agreed to pay Plaintiff's one million, nine hundred and fifty thousand dollars ($1,950,000.00) in full and complete satisfaction of any claims by Plaintiff for costs, attorney's fees, and litigation expenses, including any interest in connection with the case titled *Saravia v. Sessions, et al.*, No. 3:17-cv-03615-VC, in the United States District Court for the Northern District of California. This proposed sum breaks down as follows: costs in the amount of $31,165.41, which are payable pursuant to 28 U.S.C. § 2412(a)(1), and fees and expenses in the amount of $1,918,834.60, which are payable pursuant to the EAJA, 28 U.S.C. § 2412(d).

2. The Parties, through their counsel, and with the assistance of Magistrate Judge Laurel Beeler engaged in arms-length settlement negotiations, and reached a Fees and Costs Settlement Agreement which is fair, reasonable, adequate, and equitable, and is in both Defendants' and Plaintiff's best interests.

3. The Parties are not required to give direct notice of the proposed Fees and Costs Settlement Agreement because the class is certified under Rule 23(b)(2) and class members' rights will not be prejudiced by this Fees and Costs Agreement. The notice provided to class members through the public filing and the postings of the motion for approval and the Fees and Cost Settlement Agreement on ACLU's website is sufficient.

4. The Court, having reviewed Plaintiff's Motion, ~~having heard the argument in support of the Fees and Costs Settlement Agreement~~, having reviewed all of the evidence, objections, and other submissions presented with respect to the Agreement and related matters, and the record of all proceedings in this case, and having made the necessary foregoing findings, hereby **GRANTS** Plaintiff's Motion, approves the Fees and Costs Settlement Agreement, and orders the Parties to

1.                    [P<small>ROPOSED</small>] O<small>RDER</small> E<small>NTERING</small> J<small>UDGMENT</small>
                                                            A<small>ND</small> D<small>ISMISSAL</small>
                                                            C<small>ASE</small> N<small>O.</small> 3:17-<small>CV</small>-03615-VC

comply with the terms and conditions set forth in the Agreement.

5. This Order fully resolves the Motion at ECF No. 260.

**IT IS SO ORDERED.**

Date: _____June 7_____, 2021

_____
The Honorable Vince Chhabria
United States District Judge